# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BOBBY E. BROWN, | No. CV 09-6341-GAF (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES WALKER, WARDEN, | |
| Respondent(s). | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 18, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE